DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CALVIN SWAIN a/k/a KELVIN SWAIN a/k/a KEVIN SWAIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1127

_____

July 17, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Calvin Swain, pro se.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication